**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON JULIAN and ALEXANDER TAT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>PURPLE INNOVATION, LLC,<br><br>        Defendant. | Case No. 3:24-cv-01078-VC<br><br>**[PROPOSED]** ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Request for Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT, Plaintiffs Mason Julian and Alexander Tat's individual claims are dismissed with prejudice, with the parties to bear their respective fees and costs, except as otherwise provided by written agreement.

**IT IS SO ORDERED.**

Dated: August 16, 2024

HON. VINCE CHHABRIA
United States District Court Judge